## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re: KENNETH DWAYNE MAGGARD SR,** : | Case No. 12-51794 |
| **TERESA GAIL MAGGARD** : | |
| : | Chapter 13 |
| : | |
| Debtors. : | Judge Charles M. Caldwell |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtors KENNETH DWAYNE SR. AND TERESA GAIL MAGGARD by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

KENNETH DWAYNE SR. AND TERESA GAIL MAGGARD
375 Hutchinson Avenue, Apartment 108
Columbus, Ohio 43085

Respectfully submitted,

Dated: 1 February 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com